# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAY A. HELLER, | ) | |
| | ) | Case No. 1:20-cv-05220 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Mary M. Rowland |
| v. | ) | |
| | ) | |
| CAINE & WEINER COMPANY, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Now comes the Plaintiff, JAY A. HELLER, by and through his attorneys, and respectfully requests the Court enter an order dismissing this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not yet filed an answer.

Dated: December 3, 2020

                                                 RESPECTFULLY SUBMITTED,

                                                 JAY A. HELLER

                             By:     /s/ David B. Levin
                                                 Attorney for Plaintiff
                                                 Illinois Attorney No. 6212141
                                                 Law Offices of Todd M. Friedman, P.C.
                                                 111 W. Jackson Blvd., Suite 1700
                                                 Chicago, IL 60604
                                                 Phone: (224) 218-0882
                                                 Fax: (866) 633-0228
                                                 dlevin@toddflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020 a copy of the foregoing Notice of Voluntary Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff